IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| **SAWTELLE FAMILY LIMITED PARTNERSHIP ET AL.** | : | NO. 02-4203 |

## JUDGMENT

**AND NOW**, this            day of ,                 2006, judgment is hereby entered in favor of plaintiff De Lage Landen Financial Services and against defendants Sawtelle Family Limited Partnership, William Sawtelle, Patti Cole in the amount of $479.70.

                                                    S/ Michael E. Kunz
                                                    MICHAEL E. KUNZ
                                                    CLERK OF COURT